IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JEANETTE LOPEZ,<br><br>   Defendant. | No. CR-03-40184-CW (WDB)<br><br>[PROPOSED] ORDER TO RETURN PASSPORT |

FILED JAN 2 2 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

On June 20, 2005, Ms. Lopez appeared before Judge Wilken and was sentenced to a period of incarceration with supervised release to follow. Ms. Lopez is presently on supervised release but, as of this date, Ms. Lopez has not yet received back the passport that she surrendered to the Court as a condion of her pretrial release. Therefore, good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court shall return Ms. Lopez's passport to her.

SO ORDERED.

Date: 1/22/08

HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

CC: WDB's Stats, Copy to parties of record, Sheilah, Probation, Odile Hansen/Financial

-1-

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

JEANETTE LOPEZ,

        Defendant.
_____/

Case Number: CR03-40184 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.


Michael Wang
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Hilary Fox
Federal Public Defender's Office
555 12th Street, Ste. 650
Oakland, CA 94607-3627

cc: Sheilah Cahill
    U.S. Probation
    Odile Hansen/Financial

Dated: January 22, 2008

                                        Richard W. Wieking, Clerk

                                        By: Ivy Garcia, Deputy Clerk